USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 5/9/2019

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X
TIMOTHY ANDREW MCCAFFREY,                :          14-CV-00493 (VSB) (RWL)

                Plaintiff,          :          **ORDER**

        - against -                       :

GATEKEEPER USA, INC.,                   :                                :

              Defendants.          :
------------------------------------------------------------X

**ROBERT W. LEHRBURGER, United States Magistrate Judge.**

      As previously explained to the parties, all discussions between the parties or between the parties and the Court regarding potential settlement of this matter, including the terms of any such potential resolution, shall be kept confidential and not shared with persons outside the litigation or as may be necessary to fund a potential resolution. Violation of this Order may result in a finding of contempt of court and consequent penalties.

                                    SO ORDERED.

                                    _____
                                    ROBERT W. LEHRBURGER
                                    UNITED STATES MAGISTRATE JUDGE

Dated:       May 9, 2019
               New York, New York

1

Copies transmitted to all parties via email and mailed to:

Timothy Andrew McCaffrey
328 East 11th Street #10
New York, NY 10003
timothyandrew@gmail.com

John Leontakianakos
28 McLane Drive
Dix Hills, NY 11746
johnl@gatekeeperusainc.com

John Seetoo
180 Montague Street #34D
Brooklyn, NY 11201
asgardintl@yahoo.com