UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X
:
TIMOTHY ANDREW MCCAFFREY, :
:
Plaintiff, :
: 14-cv-493 (VSB)
-against- :
: **ORDER**
GATEKEEPER USA, INC., et al., :
:
Defendants. :
:
------------------------------------------------------------X

<u>VERNON S. BRODERICK</u>, United States District Judge:

    On March 18, 2020, my chambers received a phone call from a relative of Plaintiff McCaffery, informing me that Plaintiff is severely ill and will not be able to meet the March 23, 2020, deadline to file his reply papers.  Plaintiff is, in fact, too ill to file a notice or request for an additional extension on ECF.  I cannot extend the deadline to file a reply based on this phone call.  If Plaintiff requires an extension of time, Plaintiff must file a request by letter on ECF.  If Plaintiff is unable to do so before the deadline, I will entertain the request after Plaintiff recovers and is well enough to file that request.  The March 23, 2020, deadline for Plaintiff to file a reply brief remains in effect.

SO ORDERED.

Dated: March 18, 2020
      New York, New York

*Vernon S. Broderick*
Vernon S. Broderick
United States District Judge