**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
------------------------------------------------------------X
TIMOTHY ANDREW MCCAFFREY,

                    Plaintiff,

-against-                              14 **CIVIL** 493 (VSB)

                                            **JUDGMENT**

GATEKEEPER USA, INC, ASGARD
INTERNATIONAL, INC, ARES VENTURES
INC, A. JOHN LEONTAKIANAKOS, and
JOHN SEETOO,

                    Defendants.
------------------------------------------------------------X

      It is hereby **ORDERED, ADJUDGED AND DECREED:** That for the reasons stated in the Court's Opinion & Order dated March 28, 2022, Plaintiff's motion for summary judgment is GRANTED. Judgment is entered in favor of the Plaintiff against all Defendants, jointly and severally, in the amount of $50,000, plus prejudgment interest at an annual rate of 9% starting from May 30, 2012, in the amount of $44,260.27, plus the amount of Plaintiff's costs.

**Dated:** New York, New York

      March 29, 2022

                                                     **RUBY J. KRAJICK**

                                                     **Clerk of Court**
                            **BY:**     *K. Mango*

                                                     **Deputy Clerk**