UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------X
:
TIMOTHY ANDREW MCCAFFREY,                 :
:
                        Plaintiff,   :
:              14-CV-493 (VSB)
        - against -                   :
:                   **ORDER**
GATEKEEPER USA, INC., et al.,             :
:
                    Defendants.   :
:
-----------------------------------------------------------X

VERNON S. BRODERICK, United States District Judge:

       Today, I held a conference in this case. This order revises and supersedes my comments during the conference. The Southern District of New York's jury panel request form for jury trials in the third quarter is in fact due on Sunday, May 15, 2022. Accordingly, it is hereby:

       ORDERED that the parties meet and confer and, on or before May 13, 2022, submit a joint letter to the Court with proposed dates for a trial in July, August, and/or September 2022.

       The Clerk of Court is respectfully directed to mail copies of this Order to Plaintiff, Defendant A. John Leontakianakos, and Defendant John Seetoo.

SO ORDERED.

Dated:  May 10, 2022
        New York, New York

                                               Vernon S. Broderick
                                               United States District Judge