```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------X
                                                           :
TIMOTHY ANDREW MCCAFFREY,                                  :
                                                           :
                            Plaintiff,                     :
                                                           :              14-CV-493 (VSB)
              - against -                                  :
                                                           :                 ORDER
                                                           :
GATEKEEPER USA, INC., et al.,                              :
                                                           :
                            Defendants.                    :
                                                           :
-----------------------------------------------------------X
```

<u>VERNON S. BRODERICK</u>, United States District Judge:

  Before me is Individual Defendants' application for the Court to request pro bono counsel. (Doc. 316.) My order granting that request, (Doc. 317), is hereby VACATED. Before I can grant the request, Defendants must submit a Request to Proceed in Forma Pauperis ("IFP") form, as indicated in my order of June 10, 2022. (*See* Doc. 312.) The form seeks additional information about Defendants' financial status and is available at

https://www.nysd.uscourts.gov/sites/default/files/2018-06/IFP-application.pdf. It is hereby ORDERED that each Individual Defendant who intends to seek pro bono counsel in this action submit a separate and individualized IFP form on or before July 8, 2022.

SO ORDERED.

Dated: July 1, 2022
   New York, New York

                     Vernon S. Broderick
                     United States District Judge