UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------X
                 :
TIMOTHY ANDREW MCCAFFREY,   :
                 :
           Plaintiff,   :
                 :          14-CV-493 (VSB)
       - against -       :
                 :            **ORDER**
GATEKEEPER USA, INC., et al.,     :
                 :
           Defendants.  :
                 :
-----------------------------------------------------------X

VERNON S. BRODERICK, United States District Judge:

      Today, I held a conference in this case. In accordance with my comments at the conference, it is hereby:

      ORDERED that the parties meet and confer and, on or before July 14, 2022, submit a joint letter to the Court indicating whether the parties consent to a referral for settlement discussions, and if so, whether the parties would like to be referred (a) to the Southern District's Mediation Program or (b) to Magistrate Judge Robert W. Lehrburger. The use of any alternative dispute resolution mechanism does not stay or modify any date in the pretrial scheduling order. (Doc. 312.)

      The Clerk of Court is respectfully directed to mail copies of this Order to Plaintiff, Defendant A. John Leontakianakos, and Defendant John Seetoo.

SO ORDERED.

Dated: July 11, 2022
       New York, New York

                                              _____
                                              Vernon S. Broderick
                                              United States District Judge