UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------X
                                                        :
TIMOTHY ANDREW MCCAFFREY,               :
                                                        :
                            Plaintiff,          :
                                                        :                    14-CV-493 (VSB)
            - against -                          :
                                                        :                    **ORDER**
GATEKEEPER USA, INC., et al.,                :
                                                        :
                            Defendants.  :
                                                        :
-----------------------------------------------------------X

VERNON S. BRODERICK, United States District Judge:

On July 11, 2022, I ordered that the parties meet and confer and then submit a joint letter

to the Court indicating whether the parties consent to a referral for settlement discussions.  (Doc.

322.)  I am in receipt of a letter from Defendants A. John Leontakianakos and John Seetoo

indicating that they believe a mediation referral is "premature."  (Doc. 323.)  Plaintiff did not

sign the letter.  (*See id.*)  Accordingly, it is hereby:

ORDERED that the parties meet and confer and, on or before July 28, 2022, submit a

joint status update to the Court indicating whether the parties consent to a referral for settlement

discussions, and if so, whether the parties would like to be referred (a) to the Southern District's

Mediation Program or (b) to Magistrate Judge Robert W. Lehrburger.  The joint status update

must be signed by Plaintiff, Defendant A. John Leontakianakos, and Defendant John Seetoo.  If

the parties have a difference of opinion, they may set out their differing positions within the

same joint letter.

The Clerk of Court is respectfully directed to mail copies of this Order to Plaintiff,

Defendant A. John Leontakianakos, and Defendant John Seetoo.

SO ORDERED.

Dated:  July 19, 2022
        New York, New York

Vernon S. Broderick
United States District Judge