```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED:  7/27/2022
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------X
TIMOTHY ANDREW MCCAFFREY,  :  14-CV-00493 (VSB) (RWL)
:
                 Plaintiff,  :  **ORDER**
:
        - against -  :
:
GATEKEEPER USA, INC.,  :
:
                Defendants.  :
-------------------------------------------------------------X

**ROBERT W. LEHRBURGER, United States Magistrate Judge.**

    On July 26, 2022, my Deputy Clerk, Ms. Shah, communicated by email with the parties to schedule a settlement conference. I have reviewed the emails. In the course of those communications, Plaintiff inappropriately, unprofessionally, and rudely addressed Ms. Shah. The parties shall refrain from any such further behavior. Failure to comply with this Order may result in imposition of sanctions.

    In advance of the settlement conference, the Court will hold a conference call to address compliance with the Court's rules, including who must participate. Ms. Shah will schedule a date and time for the conference call.

                                         SO ORDERED.

                                         _____
                                         ROBERT W. LEHRBURGER
                                         UNITED STATES MAGISTRATE JUDGE

Dated:       July 27, 2022
                New York, New York

The Clerk of Court is respectfully directed to mail copies of this Order to Plaintiff, Defendant A. John Leontakianakos, and Defendant John Seetoo:

Timothy Andrew McCaffrey
328 East 11th Street
#10
New York, NY 10003

A. John Leontakianakos
28 McLane Drive
Dix Hills, NY 11746

John Seetoo
307 Atlantic Avenue
#5A
Brooklyn, NY 11201