UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X
TIMOTHY ANDREW MCCAFFREY,    :    14-CV-00493 (VSB) (RWL)
:
                    Plaintiff,    :    **ORDER**
:
         - against -    :
:
GATEKEEPER USA, INC.,    :
:
                  Defendants.    :
------------------------------------------------------------X

**ROBERT W. LEHRBURGER, United States Magistrate Judge.**

      On July 28, 2022, the Court issued an order scheduling a pre-settlement conference call for August 4, 2022 at 2:30 pm. Defendants appeared. Plaintiff did not. Accordingly, (1) by **August 11, 2022**, Plaintiff shall file a letter with the Court explaining why he did not join the call; (2) Plaintiff shall familiarize himself with, and adhere to, my individual rules for settlement conferences, available on the SDNY website; and (3) by **August 18, 2022** (one week before the settlement conference), Plaintiff shall email to chambers the confidential mediation statement required under those rules. The Court is familiar with the dispute and status of the case, so the parties' statements should focus particularly on what they are prepared to do to settle the case.

                                  SO ORDERED.

                                    _____
                                    ROBERT W. LEHRBURGER
                                    UNITED STATES MAGISTRATE JUDGE

Dated:       August 4, 2022
               New York, New York

The Clerk of Court is respectfully directed to mail copies of this Order to Plaintiff, Defendant A. John Leontakianakos, and Defendant John Seetoo:

Timothy Andrew McCaffrey
328 East 11th Street
#10
New York, NY 10003

A. John Leontakianakos
28 McLane Drive
Dix Hills, NY 11746

John Seetoo
307 Atlantic Avenue
#5A
Brooklyn, NY 11201