UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
--------------------------------------------------------X
                                 :

TIMOTHY ANDREW MCCAFFREY,     :
                                 :

               Plaintiff,    :

                                 :           14-CV-493 (VSB)

          -against-      :

                                 :           **ORDER**

GATEKEEPER USA, INC., et al.,      :
                                 :

             Defendants.  :
                                 :
--------------------------------------------------------X

<u>VERNON S. BRODERICK, United States District Judge</u>:

      It has been reported to the Court that the parties in this case have reached a settlement

agreement, subject to a contingency to occur within 45 days.  Accordingly, it is hereby:

      ORDERED that the jury trial currently scheduled for September 19, 2022 is adjourned

*sine die*.

      IT IS FURTHER ORDERED that all other pretrial deadlines, including the August 26,

2022 deadline for Plaintiff's submission of remaining pretrial filings, the August 31, 2022

deadline for the parties' submission of a joint letter on the prospects for settlement, and the

September 9, 2022 final pretrial conference before me, are adjourned *sine die*.

SO ORDERED.

Dated:  August 25, 2022
       New York, New York

                                     Vernon S. Broderick
                                     United States District Judge