```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 12/9/2022
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------X
TIMOTHY ANDREW MCCAFFREY,　　　　　　:　　14-CV-00493 (VSB) (RWL)
　　　　　　　　　　　　　　　　　　　:
　　　　　　　　　　　Plaintiff,　　　:　　**ORDER**
　　　　　　　　　　　　　　　　　　　:
　　　　　　- against -　　　　　　　　:
　　　　　　　　　　　　　　　　　　　:
GATEKEEPER USA, INC.,　　　　　　　　:
　　　　　　　　　　　　　　　　　　　:
　　　　　　　　　　　Defendants.　　　:
-------------------------------------------------------------X

**ROBERT W. LEHRBURGER, United States Magistrate Judge.**

　　　　On November 3, 2022, Plaintiff indicated that the parties had agreed to a final cure-by date for Defendants to meet their obligations under their settlement of November 15, 2022 and requested the Court's continued oversight until one week after that date. (Dkt. 316.)  On Tuesday, November 29, 2022, Plaintiff indicated by email to the Court that he had questions regarding the Court's involvement in the parties' settlement and would file a letter on the docket to elaborate.  No party has filed anything on the docket since.

　　　　By **December 15, 2022**, the parties shall file a letter indicating the status of the case, including the extent to which Defendants' obligations under the settlement agreement have been satisfied.

　　　　　　　　　　　　　　　　　　SO ORDERED.

　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　ROBERT W. LEHRBURGER
　　　　　　　　　　　　　　　　　　UNITED STATES MAGISTRATE JUDGE

Dated:　　　December 9, 2022
　　　　　　New York, New York

The Clerk of Court is respectfully directed to mail copies of this Order to Plaintiff, Defendant A. John Leontakianakos, and Defendant John Seetoo:

Timothy Andrew McCaffrey
328 East 11th Street
#10
New York, NY 10003

A. John Leontakianakos
28 McLane Drive
Dix Hills, NY 11746

John Seetoo
307 Atlantic Avenue
#5A
Brooklyn, NY 11201