```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------X
TIMOTHY ANDREW MCCAFFREY,                    :     14-CV-00493 (VSB) (RWL)
                                             :
                    Plaintiff,               :     ORDER
                                             :
        - against -                          :
                                             :
GATEKEEPER USA, INC.,                        :
                                             :
                    Defendants.              :
-------------------------------------------------------------X
```

**ROBERT W. LEHRBURGER, United States Magistrate Judge.**

      Plaintiff's letter filed at Dkt. 364 indicates that Defendants have failed to pay the first installment payment due under the terms of settlement. Accordingly, by **December 30, 2022**, and pursuant to the terms of settlement, Plaintiff shall file a letter with the Court indicating whether Plaintiff would like the Court to set a trial date.

                         SO ORDERED.

                         _____
                         ROBERT W. LEHRBURGER
                         UNITED STATES MAGISTRATE JUDGE

Dated:      December 16, 2022
              New York, New York