```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X
                                                            :
TIMOTHY ANDREW MCCAFFREY,                                   :
                                                            :
                              Plaintiff,                    :
                                                            :                14-CV-493 (VSB)
                - against -                                 :
                                                            :                     ORDER
                                                            :
GATEKEEPER USA, INC, ASGARD                                 :
INTERNATIONAL, INC, ARES VENTURES                           :
INC, A. JOHN LEONTAKIANAKOS, and                            :
JOHN SEETOO,                                                :
                                                            :
                              Defendants.                   :
                                                            :
------------------------------------------------------------X
```

Appearances:

Timothy Andrew McCaffrey
New York, New York
*Pro se*

A. John Leontakianakos
Dix Hills, New York
*Pro se*

John Seetoo
Brooklyn, New York
*Pro se*

VERNON S. BRODERICK, United States District Judge:

  I am in receipt of a letter and images of email communications from Defendants A. John Leontakianakos ("Leontakianakos") and John Seetoo ("Seetoo," and together with Leontakianakos, the "Individual Defendants"). (Attached under seal as Exhibits A and B.) In this letter, the Individual Defendants request that I enter an Order of Protection against Plaintiff Timothy Andrew McCaffrey ("Plaintiff" or "McCaffrey") in response to certain threatening emails Plaintiff sent to Defendants on April 11, 2023.

The letter sent by the Individual Defendants "gives no indication why this Court has jurisdiction to issue such an order." *Jordan v. Greater Buffalo United Accountable Healthcare Network*, No. 20-CV-00067-LJV, 2020 WL 5877686, at *5 (W.D.N.Y. Oct. 2, 2020).  In fact, "it is far from clear that federal courts have the authority to issue orders of protection." *Briglin v. Baker*, No. 15-CV-6162L, 2018 WL 4692459, at *8 (W.D.N.Y. Oct. 1, 2018) (*citing Newman v. Hoyt*, No. 3:17-CV-0808, 2017 WL 479844, at *4 n.4 (N.D.N.Y. Sept. 19, 2017)).  Accordingly, the Individuals Defendants' request is denied.

Further, the parties are directed to act civilly and warned that future misconduct may result in sanctions.  *See Sachs v. Matano*, CV 15-6049 (JFB) (AKT), 2016 WL 4179792, at *10 (E.D.N.Y. July 15, 2016) *report and recommendation adopted by* 2016 WL 4186708 (Aug. 4, 2016).  Additionally, as noted in my Individual Rules and Procedures for Civil Cases, "parties and counsel may not send emails to Chambers without prior permission."  In the rare circumstances where submission by email is necessary, the party sending the email must copy all parties to the case.

SO ORDERED.

Dated: April 13, 2023
New York, New York

Vernon S. Broderick
United States District Judge

# Exhibit A

# FILED UNDER SEAL

# Exhibit B

# FILED UNDER SEAL