UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------X
:
TIMOTHY ANDREW MCCAFFREY,            :
:
                Plaintiff,    :
:         14-CV-493 (VSB)
     -against-                :
:            **ORDER**
GATEKEEPER USA, INC. et al.,        :
:
                Defendants.   :
-------------------------------------------------------X

VERNON S. BRODERICK, United States District Judge:

      I am in receipt of Plaintiff's letter filed at Doc. 384 requesting that I enter an amended judgment consistent with my Opinion & Order entered at Doc. 383 and the parties' joint letter attached as an exhibit to Doc. 384. The parties are directed to file a copy of the "previously signed agreement" referred to in the parties' joint letter.

SO ORDERED.

Dated: September 14, 2023
       New York, New York

                                                                                      *Vernon Broderick*
                                                                                     Vernon S. Broderick
                                                                                     United States District Judge