**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
------------------------------------------------------------X
TIMOTHY ANDREW MCCAFFREY,

                 Plaintiff,

          -against-

GATEKEEPER USA, INC. et al.,

                 Defendants.
------------------------------------------------------------X

14 **CIVIL** 0493 (VSB)

**JUDGMENT**

It is hereby **ORDERED, ADJUDGED AND DECREED:** That for the reasons

stated in the Court's Opinion and Order dated September 18, 2023, judgment entered at Doc. 296

is VACATED and judgment is entered jointly and severally against Defendants and in favor of

Plaintiff in the amount of $543,750, plus post-judgment interest pursuant to 28 U.S.C. § 1961.

**Dated:**  New York, New York
        September 19, 2023

                            **RUBY J. KRAJICK**
                      _____
                                 **Clerk of Court**

              **BY:**     _____
                                  **Deputy Clerk**