**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
------------------------------------------------------------X
TIMOTHY ANDREW MCCAFFREY,

                Plaintiff,                                  14 **CIVIL** 0493 (VSB)

        -against-                                  **AMENDED JUDGMENT**

GATEKEEPER USA, INC. et al.,

                Defendants.
------------------------------------------------------------X

       It is hereby **ORDERED, ADJUDGED AND DECREED:** That for the reasons stated in the Court's Opinion and Order dated September 18, 2023 and October 24, 2023, judgment entered at Doc. 296 is VACATED and judgment is entered jointly and severally against Defendants and in favor of Plaintiff in the amount of $543,750, plus post-judgment interest pursuant to 28 U.S.C. § 1961. Plaintiff is entitled to his reasonable fees and costs of enforcing the judgment against Defendants, including attorneys' fees.

**Dated:**  New York, New York
            November 06, 2023

                                                    **RUBY J. KRAJICK**
                                                       **Clerk of Court**

                            **BY:**
                                                       **Deputy Clerk**