UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

TIMOTHY ANDREW MCCAFFREY,

Plaintiff,

- against -

GATEKEEPER USA, INC. et al.,

Defendants.

14-CV-493 (VSB) (RWL)

**ORDER**

**ROBERT W. LEHRBURGER, United States Magistrate Judge.**

The Court has reviewed the parties' correspondence regarding Plaintiff's request to proceed with enforcement of judgment procedures. (*See* Dkts. 393, 395, 397, 398, 399.)

1. Plaintiff is authorized to proceed with post-judgment enforcement.

2. Post-judgment enforcement discovery and other enforcement instruments may be served on third parties, such as Mr. Wishart, subject to the applicable federal and state rules.

3. Plaintiff may serve post-judgment enforcement materials on Defendants by email.

The Clerk of Court is respectfully directed to terminate the letter motions at Dkts. 393, 394, 395, 398, and 399.

SO ORDERED.

ROBERT W. LEHRBURGER
UNITED STATES MAGISTRATE JUDGE

Dated: August 3, 2026

New York, New York

Copies transmitted this date to all parties of record.