UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

TIMOTHY ANDREW MCCAFFREY,

Plaintiff,

- against -

GATEKEEPER USA, INC. et al.,

Defendants.

14-CV-493 (VSB) (RWL)

**ORDER**

**ROBERT W. LEHRBURGER, United States Magistrate Judge.**

By **August 21, 2026**, Plaintiff shall file an affidavit attesting to the status of his ownership of the judgment in this case, including any claim by any person other than Plaintiff asserting ownership over the judgment on the basis of its having been pledged as collateral for a loan.

SO ORDERED.

ROBERT W. LEHRBURGER
UNITED STATES MAGISTRATE JUDGE

Dated: August 13, 2026
New York, New York

Copies transmitted this date to all parties of record.