UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| TIMOTHY ANDREW MCCAFFREY, Plaintiff, - against - GATEKEEPER USA, INC. et al., Defendants. | 14-CV-493 (VSB) (RWL) **ORDER** |

**ROBERT W. LEHRBURGER, United States Magistrate Judge.**

The Court construes Defendants' letter of August 3, 2026 at Dkt. 404 as a motion for reconsideration of the Court's order at Dkt. 403 directing that Plaintiff may proceed with post-judgment enforcement proceedings. The letter suggests that Plaintiff pledged the judgment at issue in this case as collateral for a loan and that the lender thereof may have a superior interest to collection on the judgment as compared to Plaintiff. The letter also states that "Defendants are willing to resume cooperation with plaintiff after ... evidence of unequivocal custody [or] control in plaintiff's possession has been provided to the Court's satisfaction." (Dkt. 404 ¶ 6.) On August 14, 2026, Plaintiff filed, at the Court's direction, a sworn Declaration attesting to Plaintiff's ownership and superior interest in the judgment. (Dkt. 406.) The Court also has reviewed Defendants' letter dated August 15, 2026 (emailed August 16, 2026) commenting on the Declaration and providing email correspondence about the loans.

The Declaration is satisfactory to the Court.

The letter motion at Dkt. 404 is DENIED. Plaintiff may continue with enforcement proceedings.

SO ORDERED.

ROBERT W. LEHRBURGER
UNITED STATES MAGISTRATE JUDGE

Dated: August 17, 2026
New York, New York

Copies transmitted this date to all parties of record.