UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| TIMOTHY ANDREW MCCAFFREY,<br><br>Plaintiff,<br><br>- against -<br><br>GATEKEEPER USA, INC. et al.,<br><br>Defendants. | 14-CV-493 (VSB) (RWL)<br><br>**ORDER** |

**ROBERT W. LEHRBURGER, United States Magistrate Judge.**

The Show Cause Hearing scheduled for October 20, 2026 at 11:00 AM will be converted to Microsoft Teams. The public may dial in to the listen only line at (646)-453-4442, and enter access code 669 722 511 #.

By **October 19, 2026**, Plaintiff shall serve a copy of this Order on Alpha Bank by email to AML-BankSecrecy@alpha.gr and file proof of same.

SO ORDERED.

ROBERT W. LEHRBURGER
UNITED STATES MAGISTRATE JUDGE

Dated: October 16, 2026
New York, New York

Copies transmitted this date to all parties of record.