UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | | |
|---|---|---|
| TIMOTHY ANDREW MCCAFFREY,<br><br>Plaintiff,<br><br>- against -<br><br>GATEKEEPER USA, INC. et al.,<br><br>Defendants. | : | 14-CV-493 (VSB) (RWL)<br><br>**ORDER** |

**ROBERT W. LEHRBURGER, United States Magistrate Judge.**

Plaintiff and judgment-creditor McCaffrey, seeking to enforce the judgment entered in his favor in this case, served Alpha Bank A.E. with a restraining order (as garnishee) and an information subpoena (the "Judgment Enforcement Papers"), by delivery of process to Alpha Bank's agent for service of process in New York, CT Corporation. Additionally, McCaffrey established communication with Alpha Bank through email to which Alpha Bank twice responded, although it denied being properly served.

On October 8, 2026, the Court issued an order requiring Alpha Bank to show cause why an order should not be entered finding that service of the Judgment Enforcement Papers delivered to Alpha Bank's agent for service of process on September 4, 2026, was good and sufficient process, and requiring that Alpha Bank fully comply with the Judgment Enforcement Discovery (the "Show Cause Order"). (Dkt. 411.) The Court found that alternative service of the Show Cause Order on Alpha Bank by email constitutes good and sufficient service and directed McCaffrey to effect service accordingly, (*id.*), which he attests was effected (Dkt. 412). The hearing on the Show

Cause Order initially was scheduled to be in person but was converted to a Microsoft Teams conference. (Dkts. 413-14.)

McCaffrey and the individual judgment debtors appeared for the Show Cause Order hearing. Alpha Bank did not appear. Nor did Alpha Bank submit any written response to the Show Cause Order. The Court therefore finds that Alpha Bank has not shown cause. Accordingly, the Court finds that service of process of the Judgment Enforcement Papers on Alpha Bank's agent for service of process was good and sufficient process, and that Alpha Bank shall comply with the Judgment Enforcement Papers. Failure to comply may result in sanctions and/or a finding of contempt.

McCaffrey is directed to serve Alpha Bank with a copy of this order by email to AML-BankSecrecy@alpha.gr by **October 21, 2026**, and to file proof of service by **October 23, 2026**.

SO ORDERED.

ROBERT W. LEHRBURGER
UNITED STATES MAGISTRATE JUDGE

Dated: October 20, 2026
New York, New York

Copies transmitted this date to all parties of record.