UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---------------------------------------------------------------X

TIMOTHY ANDREW MCCAFFREY,

Plaintiff,

- against -

GATEKEEPER USA, INC. et al.,

Defendants.

---------------------------------------------------------------X

14-CV-493 (VSB) (RWL)

**ORDER**

**ROBERT W. LEHRBURGER, United States Magistrate Judge.**

The parties are reminded that their filings and communications must be submitted to the Pro Se office, not directly to chambers or Ms. Shah. Filings and communications sent to chambers or chambers staff directly will not be acted on or acknowledged. The Pro Se Office email address is: prose@nysd.uscourts.gov. The Pro Se Office telephone number is: 212-805-0175.

SO ORDERED.

ROBERT W. LEHRBURGER
UNITED STATES MAGISTRATE JUDGE

Dated: October 21, 2026
New York, New York

Copies transmitted this date to all parties of record.